# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Northern Virginia Citizens Association, Inc.        *

**Plaintiff,**

                                                    *

**v.**                                              Case No. 8:22-cv-03336-GLS

                                                    *

Federal Highway Administration et al.

**Defendant.**                                      *

## MOTION FOR ADMISSION PRO HAC VICE

I, David Tobin, am a member in good standing of the bar of this Court. I am moving the admission of Andrea Ferster to appear pro hac vice in this case as counsel for Northern Virginia Citizens Association, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attachment | |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  1  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ David C. Tobin
Signature

**David C. Tobin, 03727**
Printed name and bar number

**Tobin, O'Connor & Ewing**
Office name

5335 Wisc. Ave, NW, #700, Wash, DC 20015
Address

**(202) 362-5903**
Telephone number

**(202) 362-6579**
Fax Number

**dctobin@tobinoconnor.com**
Email Address

PROPOSED

Signature

**Andrea Ferster**
Printed name

**Law Office of Andrea Ferster**
Office name

2121 Ward Court, NW, 5th Floor, Washington DC 20037
Address

**(202) 974-5142**
Telephone number

Fax Number

**aferster@railstotrails.org**
Email Address

Andrea Ferster is a member of the following bars:

D.C. Court of Appeals (1984)

New York (2022)

U.S. District Court for the District of Columbia (1986)

U.S. Court of Appeals, D.C. Circuit (1986)

U.S. Court of Appeals, Fourth Circuit (1989)

U.S. Court of Appeals, Ninth Circuit (1989)

U.S. Supreme Court (1989)

U.S. Court of Appeals, Third Circuit (1990)

U.S. Court of Appeals, Fifth Circuit (1990)

U.S. Court of Appeals, Seventh Circuit (1991)

U.S. Court of Federal Claims (1993)

U.S. Court of Appeals, Federal Circuit (1993)

U.S. Court of Appeals, Eighth Circuit (1996)

U.S. Court of Appeals, First Circuit, (2000)

U.S. Court of Appeals, Tenth Circuit (2003)

U.S. Court of Appeals, Sixth Circuit (2009)