**Northern Virginia Citizens Association**

                            **Plaintiff**

                                 Case No.: 8:22-cv-03336-GLS

                                **vs.**

**Federal Highway Administration, et al.**

                            **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet; and Disclosure of Corporate Interest in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/09/2023 at 10:19 AM, I served Maryland Department of Transportation at 7201 Corporate Center Drive, Hanover, Maryland 21076 with the Summons; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet; and Disclosure of Corporate Interest by serving Todd Ensminger, Assistant Attorney General, authorized to accept service.

Todd Ensminger is described herein as:

Gender: Male   Race/Skin: White   Age: 50   Weight: 185   Height: 5'10"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1/10/23
Executed On



V. [signature]
Vincent Piazza

Client Ref Number: N/A
Job #: 1612615

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Northern Virginia Citizens Association<br>P.O. Box 302<br>McLean, Virginia 22101<br><br>*Plaintiff(s)*<br>v.<br>Federal Highway Administration, et al.<br><br>*Defendant(s)* | Civil Action No. 8:22-cv-03336-GLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maryland Department of Transportation
7201 Corporate Center Drive
Hanover, Maryland 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David C. Tobin, Esq.
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/27/2022

*Signature of Clerk or Deputy Clerk*