**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Northern Virginia Citizens Association

Plaintiff

Case No.: 8:22-cv-03336-GLS

vs.

Federal Highway Administration, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet; and Disclosure of Corporate Interest

SERVE TO: Attorney General of the United States

SERVICE ADDRESS: Main Justice Building, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Attorney General of the United States, Main Justice Building, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/05/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 4481.

I declare under penalty of perjury that this information is true.

01/05/2023
Executed On

Stephanie Maddox

Client Ref Number: N/A
Job #: 1612620

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Northern Virginia Citizens Association | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:22-cv-03336-GLS |
| Federal Highway Administration et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
Main Justice Building
10th and Constitution Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David C Tobin
Tobin O Connor and Ewing
5335 Wisconsin Ave NW Ste 700
Washington, DC 20015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/27/2022

*Signature of Clerk or Deputy Clerk*