IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION et al., <br><br> Defendants. | Case No. 8:22-cv-03336-DKC |

## NOTICE OF APPEARANCE

Please **ENTER** the appearance of Assistant United States Attorney Roann Nichols as counsel for Defendants the Federal Highway Administration, Stephanie Pollack in her official capacity, and Gregory Murrill in his official capacity (together the "Federal Defendants").

Date: January 18, 2023

                                                                      Respectfully submitted,

                                                                       Erek L. Barron
                                                                       United States Attorney

                                                                       _/s/_____
                                                                       Roann Nichols (Bar No. 07871)
                                                                       Assistant United States Attorney
                                                                       36 South Charles Street, 4th Floor
                                                                       Baltimore, Maryland 21201
                                                                       (410) 209-4827 (direct)
                                                                       (410) 962-2310 (fax)
                                                                       RNichols@usa.doj.gov

                                                                       *Counsel for Federal Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January 2023 that a copy of the foregoing *Notice of Appearance* has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

_____/s/_____
Roann Nichols
Assistant United State Attorney