UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br>    *Plaintiff*,<br> v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br>    *Defendants*. | Case No.: 8:22-cv-03336-DKC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

  Defendants Maryland Department of Transportation and James F. Ports, Jr. (the "State Defendants"), by and through their respective counsel, and pursuant to Local Rule 105.9, respectfully ask this Honorable Court to extend the deadline for the State Defendants to respond to the Complaint [ECF 1] to March 7, 2023, and in support thereof, state:

  1. The Complaint was served on the State Defendants on or about January 9, 2023, and the current deadline for the State Defendants to respond to the Complaint is January 30, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

  2. The Complaint was served on the United States attorney on or about January 6, 2023, and the current deadline for Defendants Federal Highway Administration, Stephanie Pollack, and Gregory Murrill (the "Federal Defendants") to respond to the Complaint is March 7, 2023. *See* Fed. R. Civ. P. 12(a)(2).

  3. The interests of judicial economy are best served if the State Defendants' time to respond to the Complaint is co-terminus with that of the Federal Defendants.

4. Therefore, the State Defendants request that their time to respond to the Complaint be extended to March 7, 2023.

5. Counsel for the State Defendants have conferred with counsel for the Plaintiff and counsel for the Federal Defendants, who do not oppose this motion.

WHEREFORE, the State Defendants request that this Court enter an order extending the time for the State Defendants to respond to the Complaint to March 7, 2023.

A proposed order is attached.

Dated:  January 30, 2023

Respectfully submitted,

ANTHONY G. BROWN
ATTORNEY GENERAL OF MARYLAND

LINDA M. DEVUONO (Fed. Bar No. 08667)
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
707 N. Calvert St., 4th Floor
Baltimore, MD 21202
Tel: (410) 530-9783
LDeVuono@mdot.maryland.gov

*Counsel for Defendants Maryland Department of Transportation and James F. Ports, Jr., in his official capacity*

_____/s/_____
FRED R. WAGNER (Fed. Bar No. 15806)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4032
Fax: (202) 344-8300
FRWagner@Venable.com

ELIZABETH C. RINEHART (Fed. Bar No. 19638)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 244-7400

Fax: (410) 244-7742
ECRinehart@Venable.com

*Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and James F. Ports, Jr., in his official capacity*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2023, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                                                    /s/
                                      Elizabeth C. Rinehart