UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>                 *Plaintiff*,<br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                 *Defendants*. | Case No.: 8:22-cv-03336-DKC |

**[PROPOSED ORDER]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of the Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") of Defendants Maryland Department of Transportation and James F. Ports, Jr. (the "State Defendants"), and good cause having been shown, it is, this \_\_\_\_ of January 2023, hereby ORDERED that

1. The Motion is GRANTED; and

2. The time for the State Defendants to respond to the Complaint is extended to March 7, 2023.

 

_____
Deborah K. Chasanow
United States District Judge