# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>                 *Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>                 *Defendants*. | Case No.: 8:22-cv-03336-DKC |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as special counsel in this case for Defendants Maryland Department of Transportation and James F. Ports, Jr. I certify that I am admitted to practice in this Court.

Dated: January 30, 2023

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

           /s/
ELIZABETH C. RINEHART
(Fed. Bar No. 19638)
ECRinehart@Venable.com
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7400
Fax: (410) 244-7742

*Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and James F. Ports, Jr., in his official capacity.*