UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION,<br><br>     *Plaintiff*,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>     *Defendants*. | Case No.: 8:22-cv-03336-DKC |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as special counsel in this case for Defendants Maryland Department of Transportation and James F. Ports, Jr. I certify that I am admitted to practice in this Court.

Dated: January 30, 2023

                  Respectfully submitted,

                  ANTHONY G. BROWN
                  Attorney General of Maryland

                     /s/
                  FRED R. WAGNER
                  (Fed. Bar No. 15806)
                  VENABLE LLP
                  600 Massachusetts Avenue, NW
                  Washington, DC 20001
                  Tel: (202) 344-4032
                  Fax: (202) 344-8300
                  FRWagner@Venable.com

                  *Special Counsel to the Attorney General of Maryland for Defendants Maryland Department of Transportation and James F. Ports, Jr., in his official capacity*