## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORTHERN VIRGINIA CITIZENS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION et al., <br><br> Defendants. | No. 8:22-cv-3336 <br><br> Hon. Deborah K. Chasanow |

## NOTICE OF APPEARANCE

Please enter the appearance of Frances B. Morris as lead counsel for Defendants the Federal Highway Administration, Stephanie Pollack in her official capacity, and Gregory Murrill in his official capacity (together the "Federal Defendants") in the above captioned case. Service upon the Federal Defendants of all papers other than those filed through the Court's ECF system should be addressed to Ms. Morris as follows:

> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044-7611

Overnight deliveries, express mail, and UPS deliveries should be addressed as follows:

> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> 150 M Street, N.E.
> Suite 2.900
> Washington, D.C. 20002

Dated: February 10, 2023

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General

        *s/Frances B. Morris*
        Frances B. Morris
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel: 202-514-2855
        Fax: 202-305-0506
        E-Mail: frances.morris@usdoj.gov

        *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2023 that a copy of the foregoing Notice of Appearance has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

By: */s/ Frances B. Morris*
FRANCES B. MORRIS